Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of New Jersey**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  MAY JACKSON, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  88-1890082

**4. Debtor's address**

Principal place of business:
32 CROSS STREET
Lakewood, NJ 08701
Ocean County

Mailing address, if different from principal place of business:

Location of principal assets, if different from principal place of business:

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  **MAY JACKSON, LLC**  
Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No  
☐ Yes. District _____ When __/__/____ Case number _____  
District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No  
☐ Yes. Debtor _____ Relationship _____  
District _____ When __/__/____  
Case number, if known _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 2

Debtor    **MAY JACKSON, LLC**    Case number *(if known)* _____
      Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
      Number    Street

_____
City    State    ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☑ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **MAY JACKSON, LLC**　　　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/18/2025**
　　　　　　　MM/ DD/ YYYY

X  **/s/ YAAKOV KLUGMAN**　　　　　　　　　　　　**YAAKOV KLUGMAN**
Signature of authorized representative of debtor　　　Printed name

Title  **MANAGING MEMBER**

**18. Signature of attorney**

X  **/s/ Geoffrey P. Neumann**　　　　　　　　　Date  **12/18/2025**
Signature of attorney for debtor　　　　　　　　　　　　MM/ DD/ YYYY

**Geoffrey P. Neumann**
Printed name

**Broege Neumann Fischer & Shaver, LLC**
Firm name

**25 Abe Voorhees Drive**
Number　Street

**Manasquan**　　　　　　　　　　　**NJ**　　**08736**
City　　　　　　　　　　　　　　　　State　ZIP Code

**(732) 223-8484**　　　　　　　　　　**geoff.neumann@gmail.com**
Contact phone　　　　　　　　　　　Email address

**059702019**　　　　　　　　　　　　**NJ**
Bar number　　　　　　　　　　　　　State

---

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 4

## **CORPORATE RESOLUTION**

I, YAAKOV KLUGMAN, am a member of MAY JACKSON LLC. a limited liability company of the State of New Jersey, hereby certify as the managing member, duly and regularly adopted the following Resolution:

**RESOLVED,** that Yaakov Klugman, be and he is hereby authorized and directed on behalf of and in the name of this limited liability company to execute and verify a Petition for Reorganization under Chapter 11 of the Bankruptcy Code and to cause same to be filed in the United States Bankruptcy Court for the District of New Jersey, to file any Plan or Plans of Reorganization for the Debtor necessary to effectuate a Plan of Reorganization, and the retention of BROEGE, NEUMANN, FISCHER & SHAVER, LLC as attorneys for the Debtor in these proceedings is hereby ratified.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the limited liability company on this 18TH day of December 2025.

The above is a true copy of the Minutes of a Special Meeting held by the voting members of the above-named limited liability company the day and year stated above.

/s/YAAKOV KLUGMAN
YAAKOV KLUGMAN, Member

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TIMOTHY P. NEUMANN, ESQ. [005081973]
GEOFFREY P. NEUMANN, ESQ. [59702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Timothy.neuamnn25@gmail.com
geoff.neumann@gmail.com
*Attorneys for Debtor*
MAY JACKSON, LLC
*Debtor/Debtor-in-Possession*

In Re:

MAY JACKSON, LLC
A Limited Liability Company

Debtor.

Case No.:

Chapter 11

Judge:

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 007.1, and Local Rules 1007-1, 2003-2, 7007.1 and 9014-1(B)

KOKINOS MANAGEMENT, LLC  (check one)

[ x ]   Corporate Debtor
[ ]     Party to an adversary proceeding
[ ]     Party to a contested matter
[ ]     Member of committee of creditors

Makes the following disclosure(s):

All corporation, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

OR

[ ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

BROEGE, NEUMANN, FISCHER & SHAVER, LLC
*Attorneys for Debtor*
*/s/ Geoffrey P. Neumann*
TIMOTHY P. NEUMANN, ESQ.

Dated:   December 18, 2025

Fill in this information to identify the case:

Debtor name _____ MAY JACKSON, LLC _____

United States Bankruptcy Court for the:
_____ **District of New Jersey** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Yaakov Klugman
2 Hill Top Court
Lakewood, NJ 08701


Stradley, Ronon stevens, & Young LLC
Julie M. Murphy, Esq
457 Haddonfield Road 101
Cherry Hill, NJ 08002

Wilmington Savings Fund Society FSB
As Owner Trustee of Residential Credit Opportunities Trust II
3020 Old Ranch Parkway, #180
Seal Beach, CA 90740

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE: **MAY JACKSON, LLC**　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __12/18/2025__　　Signature _____**/s/ YAAKOV KLUGMAN**_____
　　　　　　　　　　　　　　　　　　YAAKOV KLUGMAN , MANAGING MEMBER